# **EXHIBIT C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

        Plaintiff,

v.

TAL ALEXANDER, ALON ALEXANDER and OREN ALEXANDER,

        Defendants.

Case No.: 24-cv-04813

## DECLARATION OF TAL ALEXANDER

I, TAL ALEXANDER, hereby declare under penalty of perjury as follows:

1. I am a named Defendant in the case *Parker v. Alexander et al.,* Index No. 155547/2024, (Sup. Ct. N.Y. Co.) (the "State Court Action"). Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, I am removing the State Court Action from the Supreme Court of the State of New York, County of New York, to this Court. The State Court Action was commenced by Plaintiff Angelica Parker filing a Summons and Complaint, naming me, Oren Alexander, and Alon Alexander as Defendants.

2. I am a citizen, domiciliary, and permanent resident of the State of Florida. I own a residential home in the state of Florida. I possess a Florida Driver's License and Florida Vehicle Registrations. I am registered to vote in Miami-Dade County, Florida. My federal tax returns list a Florida address as my home address.

3. I also rent an apartment in New York County, which I use when I travel to New York for business. However, that is not my permanent residence.

4. I have personal knowledge that Defendants Oren Alexander and Alon Alexander, who are my brothers, are domiciled in and residents of the State of Florida.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Suffolk County, NY
June 24, 2024

_____
Tal Alexander