UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>     Plaintiff,<br><br>   v.<br><br>TAL ALEXANDER, ALON ALEXANDER<br>and OREN ALEXANDER,<br><br>     Defendants. | Case No. 24-cv-04813 (LAK)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

To: The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Walden Macht & Haran LLP has changed its name to Walden Macht Haran & Williams LLP. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. Please take notice that updated email addresses will include the new domain "wmhwlaw.com," replacing "wmhlaw.com," although all emails to addresses at the old domain will be forwarded to the corresponding new address.

Dated: New York, NY
    June 27, 2024

Respectfully submitted,

**WALDEN MACHT HARAN & WILLIAMS LLP**

By: _____
   Milton L. Williams
   Deanna M. Paul
   250 Vesey Street, 27th Floor
   New York, NY 10281
   Tel: (212) 335-2030
   mwilliams@wmhwlaw.com
   dpaul@wmhwlaw.com

   *Attorneys for Defendant Tal Alexander*