# EXHIBIT F

DocuSign Envelope ID: 9261EB01-A3F6-4E20-94DA-395G23356730

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELICA PARKER,

           Plaintiff,

v.

TAL ALEXANDER, ALON ALEXANDER and OREN ALEXANDER,

           Defendants.

Case No.:24 Civ 04813

## DECLARATION OF ALON ALEXANDER

I, ALON ALEXANDER, hereby declare under penalty of perjury as follows:

1. I am a named Defendant in the case *Parker v. Alexander et al.,* Index No. 155547/2024, (Sup. Ct. N.Y. Co.) (the "State Court Action"). Pursuant to 28 U.S.C. Secs. 1332, 1441, and 1446, I am joining in the removal of the State Court Action from the Supreme Court of the State of New York, County of New York, to this Court. The State Court Action was commenced by Plaintiff Angelica Parker filing a Summons and Complaint naming me, Tal Alexander, and Oren Alexander as Defendants.

2. I am a citizen, domiciliary, and permanent resident of the State of Florida. I own a residential home in Florida, possess a Florida driver's license and am registered to vote in Florida. My federal tax returns list a Florida address as my home address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Miami, Florida
         June 25, 2024

DocuSigned by:
*Alon Alexander*
EA3DA9EA6A824B3...
Alon Alexander