UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| ANGELICA PARKER, : | |
| Plaintiff : | |
| : | 24-CV-4813 (LAK) |
| v. : | NOTICE OF MOTION |
| TAL ALEXANDER, ALON ALEXANDER and OREN : | |
| ALEXANDER, : | |
| Defendants. : | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that Defendants Alon Alexander and Oren Alexander, by and through their attorneys, Clayman Rosenberg Kirshner & Linder LLP, upon this Notice of Motion dated July 15, 2024, and the accompanying Declaration of Isabelle A. Kirshner dated July 15, 2024, the exhibits thereto, and the Memorandum of Law dated July 15, 2024, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 12(b)(6), Fed.R.Civ.P. dismissing the Complaint in its entirety with prejudice, for an order pursuant to Rule 12(f), Fed.R.Civ.P. striking certain allegations of the Complaint, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 15, 2024

                    CLAYMAN ROSENBERG
                    KIRSHNER & LINDER LLP

By: _____
      Isabelle Kirshner
      Effie Blassberger
      Brian Linder
      305 Madison Avenue, Suite 650
      New York, NY 10165
      Tel: (212) 922-1080
      kirshner@clayro.com
      blassberger@clayro.com
      linder@clayro.com

*Attorneys for Defendants Alon Alexander and Oren Alexander*