

**Michael J. Willemin**
mwillemin@wigdorlaw.com

July 23, 2024

**VIA ECF**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007-1312

      Re:    Parker v. Alexander, et al., Civil Case No. 24 Civ. 4813 (LAK)(OTW)

Dear Judge Kaplan:

We represent Plaintiff Angelica Parker in the above-referenced action and write to request an extension of the deadline for Plaintiff to file her opposition to Defendants' Motion to Dismiss from July 29, 2024 to August 16, 2024.  Plaintiff makes this request due to multiple coinciding deadlines.  Defendants consent to this extension request, and request (on consent) that their reply deadline be extended to September 16, 2024, due to counsel's unavailability during the last two weeks of August until after Labor Day.

This is Plaintiff's first request for an extension of this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Michael J. Willemin