UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Angelica Parker,

                      Plaintiff,           24-CV-4813 (LAK)

v.

Tal Alexander, et al.,

                      Defendant(s).
------------------------------------------------------------x

                              Consent Scheduling Order

            Upon consent of the parties, it is hereby
            ORDERED as follows:

1. No additional parties may be joined after September 18, 2024

2. No amendments to the pleadings will be permitted after September 18, 2024

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before December 13, 2024;

    (b) rebuttal expert witnesses on or before January 17, 2025

3A. Fact discovery shall be completed on or before 1/31/25

4. ~~All~~ discovery, including ~~any~~ depositions of experts (Expert), shall ~~be~~ completed on or before February 28, 2025

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before ~~April 10, 2025~~ Feb. 28, 2025.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: August 22, 2024

                                                                     Lewis A. Kaplan
                                                                     United States District Judge

CONSENTED TO: [signatures of all counsel]

                              8/23/24

Counsel for Alon and Oren Alexander    Counsel for Tal Alexander