UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELICA PARKER,<br><br>                Plaintiff,<br><br>    v.<br><br>TAL ALEXANDER, ALON ALEXANDER and OREN ALEXANDER,<br><br>                Defendants. | Case No.: 24-CV-04813 (LAK)<br><br>**DEFENDANT TAL ALEXANDER NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. R. 12(C)** |

**PLEASE TAKE NOTICE** that Defendant Tal Alexander, by and through his attorneys, Walden Macht Haran & Williams LLP, upon this Notice of Motion dated September 25, 2024, the accompanying Memorandum of Law in Support of the Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c), dated September 25, 2024, the Declaration of Deanna M. Paul and accompanying exhibits, all files and records in this action, and such additional matters as may be judicially noticed by the Court, will move this Court before the Honorable Lewis Kaplan, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for judgment on the pleadings.

Dated:   New York, New York
             September 25, 2024

Respectfully submitted,

**WALDEN MACHT HARAN & WILLIAMS LLP**

By: _/s/ Deanna M. Paul_
Deanna M. Paul
Milton L. Williams
250 Vesey Street, 27th Floor
New York, New York 10281
Tel: (212) 335-2963
dpaul@wmhwlaw.com
mwilliams@wmhwlaw.com

*Attorneys for Defendant Tal Alexander*