# EXHIBIT A

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANGELICA PARKER, <br> *Plaintiff* <br> v. <br> TAL ALEXANDER, ALON ALEXANDER and OREN ALEXANDER, <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 24-cv-04813 (LAK) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

*handwritten: JD2259 12/17@ 6:05pm*

To: Ivan Wilzig

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: TBD | Date and Time: 01/13/2025 10:00 am |
|---|---|

The deposition will be recorded by this method: Stenographer

☑ **Production:** You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents and communications related to Tal Alexander, Alon Alexander and/or Oren Alexander, including all communications with third parties concerning Tal Alexander, Alon Alexander and/or Oren Alexander.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/06/2024

CLERK OF COURT

_____    OR    *Milton Williams* (signature)
*Signature of Clerk or Deputy Clerk*                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant Tal Alexander, who issues or requests this subpoena, are:
Milton L. Williams & Deanna M. Paul; 250 Vesey Street, 27th Floor, New York, NY 10281; mwilliams@wmhwlaw.com; dpaul@wmhwlaw.com; (212) 335-2030

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).