# EXHIBIT B

| | |
|---|---|
| **From:** | Schafhauser, Paul H. (Shld-NJ-LT) |
| **To:** | Deanna Paul |
| **Cc:** | Caruso, Becky (OfCnl-NJ-LT); Milt Williams |
| **Subject:** | RE: Subpoena for Ivan Wilzig |
| **Date:** | Thursday, January 16, 2025 2:34:00 PM |
| **Attachments:** | image001.png |

Deanna,

I hope you're well.

Following up on our discussion on Friday, please let me know of your client's position regarding the subpoena directed to Ivan Wilzig.

Thank you.

Paul

**Paul H. Schafhauser**
Shareholder

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.443.3233  |  C 201 787 2671
Paul.Schafhauser@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

GT GreenbergTraurig

---

**From:** Schafhauser, Paul H. (Shld-NJ-LT)
**Sent:** Friday, January 10, 2025 5:55 PM
**To:** Deanna Paul <DPaul@wmhwlaw.com>
**Cc:** Caruso, Becky (OfCnl-NJ-LT) <Becky.Caruso@gtlaw.com>; Milt Williams <mwilliams@wmhwlaw.com>
**Subject:** RE: Subpoena for Ivan Wilzig

Thanks, Deanna.  You, too.

**Paul H. Schafhauser**
Shareholder

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.443.3233  |  C 201 787 2671
Paul.Schafhauser@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

GT GreenbergTraurig

---

**From:** Deanna Paul <DPaul@wmhwlaw.com>
**Sent:** Friday, January 10, 2025 5:54 PM
**To:** Schafhauser, Paul H. (Shld-NJ-LT) <Paul.Schafhauser@gtlaw.com>

**Cc:** Caruso, Becky (OfCnl-NJ-LT) <Becky.Caruso@gtlaw.com>; Milt Williams <mwilliams@wmhwlaw.com>
**Subject:** Re: Subpoena for Ivan Wilzig

Received and confirmed. Have a nice weekend, Paul.

Deanna Paul
**Walden Macht Haran & Williams LLP**
250 Vesey Street | 27th Floor
New York, New York 10281
(W) 212.335.2035 | (M) 305.815.4500
dpaul@wmhwlaw.com
www.wmhwlaw.com

---

**From:** Paul.Schafhauser@gtlaw.com <Paul.Schafhauser@gtlaw.com>
**Sent:** Friday, January 10, 2025 5:48 PM
**To:** Deanna Paul <DPaul@wmhwlaw.com>
**Cc:** Becky.Caruso@gtlaw.com <Becky.Caruso@gtlaw.com>
**Subject:** Subpoena for Ivan Wilzig

**External Email - Caution before clicking links.**

Deanna,

Thank you for your time this afternoon regarding the subpoena served on Ivan Wilzig (the "Subpoena").

This will confirm that pending our further discussions, the return date of the Subpoena will be adjourned from January 13, 2025 to January 20, 2025, and the deadline to serve/file any objection/motion to quash will thus be adjourned accordingly to allow further meet and confer discussions to occur.  Thank you for graciously agreeing to this adjournment.

Have a great weekend.

Paul

**Paul H. Schafhauser**
Shareholder

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.443.3233  |  C 201 787 2671
Paul.Schafhauser@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

GT GreenbergTraurig

---

**From:** Schafhauser, Paul H. (Shld-NJ-LT) <Paul.Schafhauser@gtlaw.com>
**Sent:** Thursday, December 19, 2024 10:12 AM

**To:** Deanna Paul (dpaul@wmhwlaw.com) <dpaul@wmhwlaw.com>
**Subject:** Subpoena for Ivan Wilzig

Deanna,

Thank you for your time today. This will confirm that in light of the scheduling issues we discussed, the return date of the subpoena issued to Mr. Wilzig is adjourned and will be rescheduled on a mutually convenient date.

Thank you for your courtesies.

Happy Holidays to you and your family.

**Paul H. Schafhauser**
Shareholder

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.443.3233  |  C 201 787 2671
Paul.Schafhauser@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** Schafhauser, Paul H. (Shld-NJ-LT)
**Sent:** Wednesday, December 18, 2024 7:39 PM
**To:** Deanna Paul <DPaul@wmhwlaw.com>
**Subject:** RE: Subpoena for Ivan Wilzig

Deanna,

I hope all is well with you.

Mr. Wilzig received a subpoena for a deposition on January 13. There also appears to be a generalized request for documents. I will be out of town the week of January 13 and I see that you also obtained an extension through April 1 to complete discovery (attached).

Please let me know if you have time tomorrow or Friday to further discuss.

Thank you.

Paul

**Paul H. Schafhauser**
Shareholder

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.443.3233  |  C 201 787 2671
Paul.Schafhauser@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**From:** Deanna Paul <DPaul@wmhwlaw.com>
**Sent:** Thursday, October 31, 2024 6:07 AM
**To:** Schafhauser, Paul H. (Shld-NJ-LT) <Paul.Schafhauser@gtlaw.com>
**Subject:** RE: Subpoena for Ivan Wilzig

Paul, following up on this. Please advise.

Deanna Paul
**Walden Macht Haran & Williams LLP**
250 Vesey Street | 27th Floor
New York, New York 10281
(W) 212.335.2035 | (M) 305.815.4500
dpaul@wmhwlaw.com
www.wmhwlaw.com

**From:** Deanna Paul
**Sent:** Friday, October 25, 2024 6:18 AM
**To:** Paul.Schafhauser@gtlaw.com
**Subject:** RE: Subpoena for Ivan Wilzig

Hi Paul, checking in regarding the possibility to start producing documents to us. Thanks.

Deanna Paul
**Walden Macht Haran & Williams LLP**
250 Vesey Street | 27th Floor
New York, New York 10281
(W) 212.335.2035 | (M) 305.815.4500
dpaul@wmhwlaw.com
www.wmhwlaw.com

**From:** Paul.Schafhauser@gtlaw.com <Paul.Schafhauser@gtlaw.com>
**Sent:** Saturday, October 12, 2024 11:22 AM
**To:** Deanna Paul <DPaul@wmhwlaw.com>
**Subject:** Re: Subpoena for Ivan Wilzig

*External Email - Caution before clicking links.*

Yes. Thanks, Deanna.

Sent from my iPhone

> On Oct 12, 2024, at 11:13 AM, Deanna Paul <DPaul@wmhwlaw.com> wrote:

No problem. Have a great weekend. Is the best number the cell below?

Deanna Paul
**Walden Macht Haran & Williams LLP**
250 Vesey Street | 27th Floor
New York, New York 10281
(W) 212.335.2035 | (M) 305.815.4500
dpaul@wmhwlaw.com
www.wmhwlaw.com

---

**From:** Paul.Schafhauser@gtlaw.com <Paul.Schafhauser@gtlaw.com>
**Sent:** Saturday, October 12, 2024 9:21:44 AM
**To:** Deanna Paul <DPaul@wmhwlaw.com>
**Subject:** RE: Subpoena for Ivan Wilzig

**External Email - *Caution* before clicking links.**

Thanks, Deanna. Let's please speak on Tuesday morning whenever works for you.

**Paul H. Schafhauser**
Shareholder

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.443.3233 | C 201 787 2671
Paul.Schafhauser@gtlaw.com | www.gtlaw.com | View GT Biography

<image001.png>

---

**From:** Deanna Paul <DPaul@wmhwlaw.com>
**Sent:** Friday, October 11, 2024 8:28 PM
**To:** Schafhauser, Paul H. (Shld-NJ-LT) <Paul.Schafhauser@gtlaw.com>
**Subject:** Re: Subpoena for Ivan Wilzig

Hi Paul,

I was sending the subpoena to you in lieu of service, per our conversation in August. I've attached a new subpoena with a November 11 deposition date. If you're no longer willing to accept service on behalf of Mr. Wilzig, please let me know and I'll have a process server go out Tuesday.

And yes, Tuesday/Wednesday is fine to speak. I would like to finalize the details and date, so I can coordinate with Plaintiff's counsel etc. Is there a day/time that's best for you?

Have a great weekend.

Deanna Paul
**Walden Macht Haran & Williams LLP**
250 Vesey Street | 27th Floor
New York, New York 10281
(W) 212.335.2035 | (M) 305.815.4500
dpaul@wmhwlaw.com
www.wmhwlaw.com

**From:** Paul.Schafhauser@gtlaw.com <Paul.Schafhauser@gtlaw.com>
**Sent:** Friday, October 11, 2024 7:35:02 PM
**To:** Deanna Paul <DPaul@wmhwlaw.com>
**Subject:** FW: Subpoena for Ivan Wilzig

**External Email - _Caution_ before clicking links.**

Deanna,

My apologies for the delay in getting back to you.

The attached document is dated 8/5/24; has this been issued/served? Please let me know.

We can speak further on Tuesday/Wednesday.

Paul

**Paul H. Schafhauser**
Shareholder

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.443.3233 | C 201 787 2671
Paul.Schafhauser@gtlaw.com | www.gtlaw.com | View GT Biography

<image001.png>

**From:** Deanna Paul <DPaul@wmhwlaw.com>
**Sent:** Wednesday, September 25, 2024 7:29 AM
**To:** Schafhauser, Paul H. (Shld-NJ-LT) <Paul.Schafhauser@gtlaw.com>
**Subject:** Subpoena for Ivan Wilzig

**\*EXTERNAL TO GT\***

Paul,

As previously discussed, I represent Tal Alexander in the Parker v. Alexander matter. Attached please find a document and deposition subpoena for Mr. Wilzig. Give me a call on my cell at your earliest convenience to confer on scheduling: (305) 815-4500.

Deanna Paul
**WALDEN MACHT HARAN & WILLIAMS LLP**
250 Vesey Street | 27th Floor
New York, New York 10281
(W) 212.335.2035 | (M) 305.815.4500
dpaul@wmhwlaw.com
www.wmhwlaw.com

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.