# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ANGELICA PARKER,                                           :
                                                           :   Case No.: 24-cv-4813 (LAK)
                        Plaintiff,                    :
                                                           :
                v.                                    :
                                                           :
TAL ALEXANDER, ALON ALEXANDER,                             :
and OREN ALEXANDER,                                        :
                                                           :
                        Defendants.                  :
------------------------------------------------------------ X

## **PLAINTIFF'S RULE 26(a) AMENDED INITIAL DISCLOSURES**

Plaintiff Angelica Parker ("Plaintiff" or "Ms. Parker"), by and through her undersigned counsel, hereby submits the following amended initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to Defendants Tal Alexander, Alon Alexander and Oren Alexander (collectively, the "Defendants").  In making these disclosures, Plaintiff does not intend to represent affirmatively or otherwise concede that specific information or materials disclosed will, in fact, be used to support her claims in this matter, that any individuals identified necessarily have discoverable information that Plaintiff may use to support her claims, or that any of the documents produced or described are admissible or will be used by Plaintiff to support her claims.  Rather, the disclosures are made in a good faith effort to disclose all categories of documents that Plaintiff may use to support her claims in this litigation and persons who may have discoverable information that Plaintiff may use to support her claims.  Plaintiff expressly reserves the right to object to the production and/or admissibility of disclosed documents or testimony on the basis of privilege, relevance or otherwise, as appropriate.

Plaintiff has not yet engaged in discovery.  The disclosures hereinafter are based on Plaintiff's knowledge, information and belief at this time and are made without prejudice to the

foregoing and following reservations and objections. Plaintiff specifically reserves the right to amend and/or supplement her disclosures herein at any time or to introduce facts not contained herein if it should appear at any time that omissions or errors have been made or if Plaintiff obtains additional or more accurate information. Plaintiff further reserves the right to rely upon such facts, and persons having knowledge of such facts, as may be derived through future discovery or through continuing investigation in this matter or as may be adduced at trial.

**Disclosure A:** The name and, if known, the address and telephone number of each individual likely to have discoverable information that may support Plaintiff's claims, identifying the subjects of the information.

 **Response to Disclosure A:**

Plaintiff has yet to engage in discovery and, therefore, is not fully aware of information possessed by certain individuals, and/or the identity of all relevant individuals. Subject to the foregoing, and in an effort to comply with Fed. R. Civ. P. 26(a)(1), as well as reserving Plaintiff's right to supplement this disclosure and/or to rely on any individuals disclosed by Defendants, Plaintiff identifies the following individuals:

1.  **Angelica Parker**
   c/o Wigdor LLP
   85 Fifth Avenue, Fifth Floor
   New York, NY 10003
   (212) 257-6800

Plaintiff has knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

2.  **Tal Alexander**

Plaintiff believes that Defendant Tal Alexander may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who

have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

    3.    **Oren Alexander**

Plaintiff believes that Defendant Oren Alexander may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

    4.    **Alon Alexander**

Plaintiff believes that Defendant Alon Alexander may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

    5.    **Yasmine Laradi**
            Address and email address unknown
            (778) 594-5031

Plaintiff believes that Yasmine Laradi may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

    6.    **Julian Cohen**
            Address, phone number and email address unknown

Plaintiff believes that Julian Cohen may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

    7.    **Wenjie Song**
Address Unknown
(610) 457-5499
wenj.song@gmail.com

Plaintiff believes that Wenjie Song may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

    8.    **Ayelet Raymond**
Address Unknown
(917) 854-9939
ayeletraymond@googlemail.com

Plaintiff believes that Ayelet Raymond may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

    9.    **Molly [Last Name Unknown]**
Address and email address unknown
(917) 993-1295

Plaintiff believes that Molly [Last Name Unknown] may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

    10.    **Kristin Nicole**
Address and email address unknown
(856) 206-3025

Plaintiff believes that Kristin Nicole may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been

sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

11. **Kate Whiteman**
c/o Torgan Cooper & Aaron P.C.
17 State Street, 39th Floor
New York, NY 10004

Plaintiff believes that Kate Whiteman may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

12. **Rebecca Mandel**
c/o Torgan Cooper & Aaron P.C.
17 State Street, 39th Floor
New York, NY 10004

Plaintiff believes that Rebecca Mandel may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

13. **Richard Bellofatto**
Address and phone number unknown
richardbellofatto@gmail.com

Plaintiff believes that Richard Bellofatto may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

14. **Lawrence Robbins**
    Address and email address unknown
    (917) 553-5511

Plaintiff believes that Lawrence Robbins may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

15. **Aria Deshe**
    Address Unknown
    (347) 449-2925
    aria@ariadeshepr.com

Plaintiff believes that Aria Deshe may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

16. **Ivan Wilzig**
    1874 Deerfield Road
    Water Mill, NY 11976
    (917) 797-9111
    sirivan@sirivan.com

Plaintiff believes that Ivan Wilzig may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants and the damages Plaintiff has suffered as a result of Defendants' unlawful conduct.

17. **Tim Bishop**
    Address, phone number and email address unknown
    https://www.iconicequitiesgroup.com/team/timothy-bishop

Plaintiff believes that Tim Bishop may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been

sexually assaulted by Defendants.

18. **Mina Alexander**
Address, phone number and email address unknown

Plaintiff believes that Mina Alexander may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

19. **Holly Hutter**
Address, phone number and email address unknown

Plaintiff believes that Holly Hutter may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

20. **Tracey Tutor**
Address, phone number and email address unknown

Plaintiff believes that Tracey Tutor may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

21. **Joseph Nakash**
Address, phone number and email address unknown

Plaintiff believes that Joseph Nakash may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

22. **Employees of Dr. Michael M. Krop Senior High School**
1410 NE 215th Street
North Miami Beach, FL 33179
(305) 652-6808

Plaintiff believes that employees of Dr. Michael M. Krop Senior High School may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action,

including other women who have been sexually assaulted by Defendants.

23. **Employees of the North Miami Beach Police Department**
    16901 NE 19th Avenue
    North Miami Beach, FL 33162
    (305) 949-5500

Plaintiff believes that employees of the North Miami Beach Police Department may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

24. **Employees of the Miami Dade State Attorney's Sexual Battery Unit**
    1265 NW 12th Avenue
    Miami, FL 33136
    (305) 547-0119

Plaintiff believes that employees of the Miami Dade State Attorney's Sexual Battery Unit may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

25. **Howard Lorber**
    c/o Douglas Elliman
    575 Madison Avenue
    New York, NY 10022
    (800) 355-4626

Plaintiff believes that Howard Lorber may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

26. **Stephen Larkin**
    c/o Douglas Elliman
    575 Madison Avenue
    New York, NY 10022
    (800) 355-4626

Plaintiff believes that Stephen Larkin may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been

sexually assaulted by Defendants.

27. **Employees of Douglas Elliman**
575 Madison Avenue
New York, NY 10022
(800) 355-4626

Plaintiff believes that employees of Douglas Elliman may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

28. **Dottie Herman**
c/o Douglas Elliman
575 Madison Avenue
New York, NY 10022
(800) 355-4626

Plaintiff believes that Dottie Herman may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

29. **Jessica Cohen**
Address, phone number and email address unknown

Plaintiff believes that Jessica Cohen may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

30. **Samantha Murphy**
Address, phone number and email address unknown

Plaintiff believes that Samantha Murphy may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

31. **Congressman Patrick Murphy**
    Address, phone number and email address unknown

Plaintiff believes that Congressman Patrick Murphy may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

32. **Rose Martinez**
    Address, phone number and email address unknown

Plaintiff believes that Rose Martinez may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

33. **Lindsay Acree**
    Address, phone number and email address unknown

Plaintiff believes that Lindsay Acree may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

34. **Brian Meier**
    Address, phone number and email address unknown

Plaintiff believes that Brian Meier may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

35. **Barbara Wagner**
    Address and email unknown
    (646) 609-2288

Plaintiff believes that Barbara Wagner may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

36. **Nicole Oge**
    c/o Official Partners
    331 Park Avenue South, 10th Floor
    New York, NY 10010
    (212) 951-0071

Plaintiff believes that Nicole Oge may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

37. **Employees of Official Partners**
    331 Park Avenue South, 10th Floor
    New York, NY 10010
    (212) 951-0071

Plaintiff believes that employees of Official Partners may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

38. **Employees of the Alexander Team**
    445 Park Avenue
    New York, NY 10022
    (917) 334-5501

Plaintiff believes that Employees of the Alexander Team may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

39. **Katherine Mechling**
    c/o Side
    580 4th Street
    San Francisco, CA 94107

Plaintiff believes that Katherine Mechling may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

40. **Meredith Moore**
    Address, phone number and email address unknown

Plaintiff believes that Meredith Moore may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

41. **Guy Gal**
    c/o Side
    580 4th Street
    San Francisco, CA 94107

Plaintiff believes that Guy Gal may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

42. **Employees of Side**
    580 4th Street
    San Francisco, CA 94107

Plaintiff believes that employees of Side may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

43. **Ken Griffin**
    Address, phone number and email address unknown

Plaintiff believes that Ken Griffin may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

44. **Adam Neumann**
    Address, phone number and email address unknown

Plaintiff believes that Adam Neumann may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been

sexually assaulted by Defendants.

45. **<u>Steve Cohen</u>**
Address, phone number and email address unknown

Plaintiff believes that Steve Cohen may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

46. **<u>Ivanka Trump</u>**
Address, phone number and email address unknown

Plaintiff believes that Ivanka Trump may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

47. **<u>Jared Kushner</u>**
Address, phone number and email address unknown

Plaintiff believes that Jared Kushner may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

48. **<u>Paula Montoya</u>**
c/o Miami Country Day School
601 NE 107th Street
Miami, FL 33161
(305) 779-7230
montoyap@miamicountryday.org

Plaintiff believes that Paula Montoya may have knowledge concerning, *inter alia*, the allegations set forth in the Complaint filed in this action, including other women who have been sexually assaulted by Defendants.

**Disclosure B:** A copy of, or description by category and location, of all documents, electronically stored information, and tangible things that are in Plaintiff's possession, custody, or control that Plaintiff may use to support his claims.

**Response to Disclosure B:**

Plaintiff has yet to engage in discovery and, therefore, is not in possession of all documents, data compilations and tangible things that may be used to support her claims. Many of the documents pertaining to Plaintiff's claims are in the possession of Defendants. Subject to the foregoing, and reserving Plaintiff's right to supplement this disclosure, and to rely upon documents, data compilations and other tangible things disclosed by Defendants, and in an effort to comply with Fed. R. Civ. P. 26(a)(1), Plaintiff identifies the following documents:

1. Relevant texts, correspondence and recordings between Plaintiff and Tal Alexander.

2. Relevant texts, correspondence and recordings between Plaintiff and Oren Alexander.

3. Relevant texts, correspondence and recordings between Plaintiff and Alon Alexander.

4. Relevant texts, correspondence and recordings between the Alexander Brothers regarding Plaintiff.

5. Relevant communications between Plaintiff and third parties regarding Tal Alexander.

6. Relevant communications between Plaintiff and third parties regarding Oren Alexander.

7. Relevant communications between Plaintiff and third parties regarding Alon Alexander.

8. Relevant communications between Tal Alexander and third parties regarding Plaintiff.

9. Relevant communications between Oren Alexander and third parties regarding Plaintiff.

10. Relevant communications between Alon Alexander and third parties regarding Plaintiff.

11. Relevant communications concerning the Alexander Brothers' unlawful treatment of others.

12. Other documents regarding the allegations in the Complaint.

Plaintiff reserves the right to supplement this response pursuant to Fed. R. Civ. P. 26(e) and to rely on documents identified and/or produced by Defendants.

**Disclosure C:** A computation of any category of damages claimed by Plaintiff, making available for inspection and copying as under Fed. R. Civ. P. 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response to Disclosure C:**

Plaintiff has yet to engage in discovery and, therefore, is not fully aware of information responsive to this disclosure. In addition, Plaintiff is not in possession of all documents required to calculate economic damages and such damages will change over the course of discovery and the litigation. In addition, Plaintiff is not permitted to request an amount certain from the jury for emotional distress damages.

Subject to the foregoing, and in an effort to comply with Fed. R. Civ. P. 26(a)(1), the following, however, are the categories of damages that Plaintiff will be seeking damages for: (1) emotional distress and mental anguish in an amount to be determined by a jury; (2) physical injury in an amount to be determined by a jury; (3) punitive damages in an amount to be determined by a jury; and (4) attorneys' fees and costs in an amount to be determined by the Court after trial.

**Disclosure D:**  For inspection and copying as under Fed. R. Civ. P. 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    **Response to Disclosure D:**

    Not applicable.

Dated: July 24, 2024
       New York, New York

**WIGDOR LLP**

By: _____
    Michael J. Willemin
    Brooke Payton (admission pending)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
bpayton@wigdorlaw.com

*Counsel for Plaintiff*